**FILED**
**CLERK**

1/27/2021 11:57 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MICHELLE TENZER-FUCHS, on behalf of herself :
and all others similarly situated, :
                                          :
                     Plaintiffs, :
                                          :           Case No.: 2:20-cv-3734
            v. :
                                          :
SLEEPING WELL, LLC., :
                                          :
                   Defendant. :
                                          :
------------------------------------------------------------- x

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michelle

Tenzer-Fuchs and Defendant Sleeping Well, LLC., stipulate and jointly request that this Court

enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety,

with the Court to retain jurisdiction over the parties and the action until October 30, 2021 for the

sole purpose of enforcement of the parties' obligations under Section 6 of the parties' Confidential

Settlement Agreement and Release of Claims. Section 6 of the Confidential Settlement Agreement

and Release of Claims reads as follows:

Remedial Measures. Within twelve (12) months from the date of this Agreement ("Modification Period"), Company shall make good-faith, commercially reasonable efforts to engage a mutually agreeable Web Accessibility Consultant to ensure that the Website is brought into substantial conformance with the Web Content Accessibility Guidelines 2.1 Level A and AA Success Criteria ("WCAG") to the extent reasonably feasible. The requirement of substantial conformance only applies to and is inclusive of those pages contained within the Website's domain and is exclusive of those pages that link to the pages that are not controlled or operated by Company. Should the United States Department of Justice or a court or other governmental entity with jurisdiction over Company adopt a legal standard for website accessibility that is different from WCAG, Company, in its sole discretion, shall have the option of substantially complying with the legal standard established by such entity. Notwithstanding the foregoing, Third-Party Content (as

defined below) on the Website will not be required to substantially conform to WCAG. The term "Third-Party Content" refers to web content that is not developed, owned or controlled by Company. The Parties further agree that Company can link to Third-Party Content and shall not be responsible or liable for the state of their accessibility to individuals with disabilities. In addition, Archived Web Content (as defined below) will not be required to meet WCAG. The term "Archived Web Content" refers to content (1) maintained exclusively for reference, research, or recordkeeping; (2) not altered or updated after the date of archiving; and (3) organized and stored in a dedicated area or areas clearly identified as being archived. If Company's ability to meet the deadline for compliance with this Agreement is delayed by third-party vendors, acts of God, force majeure, or for other reasons that are outside of Company's control, counsel for the Parties shall meet and confer regarding an extended deadline. If the Parties disagree regarding an extended deadline after the meet-and-confer, either Party will have the right to seek judicial relief.

Each party shall bear his or its own fees, costs and attorneys' expenses.

Dated:  January 26, 2021

By: /s/ *Jonathan Shalom*_____
   Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Jonathan@shalomlawny.com

*Attorneys for Plaintiff*

Dated: January 26, 2021

By:_____/s/ *Heidi Gootnick*_____
   Heidi Gootnick, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 32nd Floor
New York, New York 10006
Gootnick.H@wssllp.com
*Attorneys for Defendant*

So Ordered, this___27th___day of January, 2021

/s/ JMA
_____
Hon. Joan M. Azrack, U.S.D.J.